AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Johnnie Frazier,
*Plaintiff*
v.

Warden James Blackwell *Warden Lieber Cor inst in his individual and official capacity*; Warden Joseph McFadden *Warden Lieber cor inst in his individual and official capacity*,

*Defendants*.

)
)
)
)
)

Civil Action No.     1:19-cv-01516-TMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Johnnie Frazier, shall take nothing of the defendants, Warden James Blackwell *Warden Lieber Cor inst in his individual and official capacity* and Warden Joseph McFadden *Warden Lieber cor inst in his individual and official capacity*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, granting defendants' motion to dismiss.

Date:   May 27, 2020                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                               s/L. Baker

                                                               *Signature of Clerk or Deputy Clerk*